IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BARBARA JEAN MCPHAIL, as Personal
Representative of the Estate of WILLIS RAY
MCPHAIL,

                              Plaintiff,

v.

DEERE & COMPANY,
a Delaware Corporation, and JOHN DOES 1-3,

                              Defendants.

Case No.

## DEFENDANT DEERE & COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant, Deere & Company ("Deere"), files the following Notice of Removal and would show the Court as follows:

### I.

An action was commenced by Plaintiff against Deere & Company in the District Court in and for Kiowa County, Oklahoma. This action was entitled *Barbara Jean McPhail, as Personal Representative of the Estate of Willis Ray McPhail v. Deere & Company, a Delaware Corporation, and John Does 1-3, Defendants*, Case No. CJ 2006-24. The following process, pleadings, and orders have been served or filed in such action, and are attached hereto as Exhibits "1" through "4":

1. Petition.

2. Summons as to Defendant Deere.

3. Plaintiff's Initial Discovery to Deere & Company.

4. Defendant Deere & Company's Notice of Removal of Action to Federal Court.

A certified copy of the docket sheet from that action is attached hereto as Exhibit "5."

## II.

This Court has jurisdiction over this case and removal is proper pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441. Plaintiff Barbara Jean McPhail, Personal Representative of the Estate of Willis Ray McPhail, is deemed by law to be a citizen and resident of Oklahoma. Deere is a Delaware corporation with its principal place of business in Illinois. Although the caption of Plaintiff's Petition names "John Does 1-3" as Defendants in this action, no Defendants have been named and served in this lawsuit other than Deere. *See* Exhibit 5. This action involves claims of products liability and wrongful death, made by Barbara Jean McPhail, as Personal Representative of the Estate of Willis Ray McPhail, Deceased. Plaintiff contends Mr. McPhail's death was due to alleged defects in a Model 4440 tractor manufactured and distributed by Deere.

Although Plaintiff's Petition (attached as Exhibit "1") does not specify the amount of Plaintiff's damages, Deere's attorney has contacted Plaintiff's attorney regarding the amount in controversy. While Plaintiff's attorney initially stated that Plaintiff was claiming damages in excess of $75,000, Plaintiff's attorneys have now indicated they have no authority to "stipulate" to that fact. As the attached correspondence (e-mails and letters) on this issue shows, however, Plaintiff's attorneys have not denied that Plaintiff's damages in this wrongful death case are in excess of $75,000. *See* correspondence between Plaintiff's attorneys, Chad D. Kirk and Joseph T. Acquaviva, and Deere's attorney, Jo Anne Deaton, attached as Exhibit "6". Accordingly, Deere and its counsel represent to this Court in good faith that the damages claimed by Plaintiff in this lawsuit are in excess of $75,000, exclusive of costs and interest. Therefore, this is a controversy between citizens of different states, and the amount in controversy, exclusive of interest and costs, exceeds $75,000, making this case removable under 28 U.S.C. § 1332 and § 1441.

### III.

Deere was served with this lawsuit on or about May 15, 2006. Therefore, this Notice of Removal is timely filed within thirty (30) days of the case becoming removable.

### IV.

Contemporaneous with the filing of this Notice of Removal, Deere has given the District Court in and for Kiowa County, Oklahoma, written notice of the same in the form attached hereto as Exhibit "4".

### V.

The following is a list of counsel of record:

| | |
|---|---|
| Chad M. Kirk<br>WILSON, CAIN & ACQUAVIVA<br>1717 S. Boulder #801<br>Tulsa, OK 74119<br>PH: (918) 583-4777<br>FX: (918) 583-0774 | Jo Anne Deaton<br>Lindsay J. McDowell<br>RHODES, HIERONYMUS, JONES,<br>TUCKER & GABLE<br>Post Office Box 21100<br>Tulsa, Oklahoma 74121-1100<br>PH: (918) 582-1173<br>FX: (918) 592-3390 |
| Joseph T. Acquaviva<br>WILSON, CAIN & ACQUAVIVA<br>300 NW 13th St., Suite 100<br>Oklahoma City, OK 73103<br>PH: (405) 236-2600<br>FX: (405) 236-2607 | Counsel for Defendant |
| Counsel for Plaintiff | |

## V.

The following is a list of counsel of record:

Chad M. Kirk
WILSON, CAIN & ACQUAVIVA
1717 S. Boulder #801
Tulsa, OK 74119
PH: (918) 583-4777
FX: (918) 583-0774

Joseph T. Acquaviva
WILSON, CAIN & ACQUAVIVA
300 NW 13th St., Suite 100
Oklahoma City, OK 73103
PH: (405) 236-2600
FX: (405) 236-2607

Counsel for Plaintiff

Jo Anne Deaton
Lindsay J. McDowell
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE
Post Office Box 21100
Tulsa, Oklahoma 74121-1100
PH: (918) 582-1173
FX: (918) 592-3390

Counsel for Defendant

Respectfully submitted,

/s/ Jo Anne Deaton
OBA# 5938

---

JO ANNE DEATON, OBA# 5938
LINDSAY J. MCDOWELL, OBA# 19880
Attorneys for Defendant, Deere & Company
RHODES, HIERONYMUS, JONES,
    TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
Phone (918) 582-1173
Facsimile (918) 592-3390
jdeatoncourts@rhodesokla.com
ljmcdowell@rhodesokla.com

Respectfully submitted,

/s/ Jo Anne Deaton
OBA# 5938

---

JO ANNE DEATON, OBA# 5938
LINDSAY J. MCDOWELL, OBA# 19880
Attorneys for Defendant, Deere & Company
RHODES, HIERONYMUS, JONES,
   TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
Phone (918) 582-1173
Facsimile (918) 592-3390
jdeatoncourts@rhodesokla.com
ljmcdowell@rhodesokla.com

## CERTIFICATE OF SERVICE

I certify that on June 1, 2006, I electronically transmitted the attached document to the Clerk of the Court for filing, and mailed a copy of the Notice of Removal to the following: Chad M. Kirk and Joseph T. Acquaviva.

/s/ Jo Anne Deaton

4