

**PROFESSIONAL REPORTERS**
Experience and service that sets the standard

Remit to:
Corporate Office
511 Couch Drive, Suite 100
Oklahoma City, OK 73102
www.proreporters.com
Phone: 800-376-1006
Fax: 405-272-0559

Jo Anne Deaton
Rhodes, Hieronymus, Jones, Tucker & Gable - Tulsa
100 West 5th Street
Suite 400
Tulsa, OK 74103-4287

## Invoice #42296

| Date | Terms |
|---|---|
| 12/21/2006 | On receipt 1.5% per month |

| Assignment | Case | Job Reference | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/11/2006 | McPhail, Barabara vs. Dere & Company | 10499 | 12/19/2006 | UPS |

| Description |
|---|
| **Original Transcript of Barbara McPhail** |

|  |  |
|---|---|
| Amount Due: | $ 659.32 |
| If not paid before 31 days add 1.5%: | $ 0.00 |
| Paid: | $ 0.00 |

| Balance Due: | $ 659.32 |
|---|---|
| Payment Due: | 01/20/2007 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN ORIGINAL AND ONE COPY.*

31-30

RECEIVED
DEC 26 2006
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

**EXHIBIT**
tabbies
1

Terms: Payable upon receipt
1.5% per month

Tax ID No.
73-1253064

☐ VISA         ☐ Check Enclosed
☐ MasterCard   Please Make Checks Payable to Professional Reporters
☐ American Express

Credit Card Number                          Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

——TULSA——————————OKLAHOMA CITY——————————FAYETTEVILLE——