# Tulsa Freelance Reporters

CERTIFIED SHORTHAND REPORTERS
610 SOUTH MAIN, SUITE 210 • TULSA, OK 74119
(918) 587-2878 • FAX (918) 587-2879
TAX ID NO. 73-1405463

**Invoice**

RECEIVED
MAR 29 2007
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

| INVOICE # | DATE | TERMS |
|---|---|---|
| 9340 | 3/29/2007 | Due on recpt |

**BILL TO:**
Ms. Jo Anne Deaton
Attorney at Law
100 West 5th Street
Suite 400
Tulsa, OK 74103

**RE:**
McPhail v. Deere Co., et al
USDC-Western OK
No. CIV-06-593-R

**SERVICES**

Depos of Dallas McPhail,
Darrell Coffelt & Dillion
McPhail

**TOTAL** $1,324.75

Thank You!
Linda J. Martin


EXHIBIT 2