

**PROFESSIONAL REPORTERS**
*Experience and service that sets the standard*

Remit to:
Corporate Office
511 Couch Drive, Suite 100
Oklahoma City, OK 73102
www.proreporters.com
Phone: 800-376-1006
Fax: 405-272-0559



RECEIVED
APR 16 2007
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

Jo Anne Deaton
Rhodes, Hieronymus, Jones, Tucker & Gable - Tulsa
100 West 5th Street
Suite 400
Tulsa, OK 74103-4287

## Invoice #44738

| Date | Terms |
|---|---|
| 04/12/2007 | On receipt 1.5% per month |

| Assignment | Case | Job Reference | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/23/2007 | McPhail, Barbara vs. John Deer Tractor | 10499 | | Courier |

| Description |
|---|
| Kirk Ney |

Amount Due: $ 1,242.88
If not paid before 31 days add 1.5%: $ 0.00
Paid: $ 0.00

| Balance Due: | $ 1,242.88 |
|---|---|
| Payment Due: | 05/12/2007 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY AT MOLINE, IL RATES.*

**EXHIBIT**
tabbies
3

Terms: Payable upon receipt
1.5% per month

Tax ID No.
73-1253064

☐ VISA          ☐ Check Enclosed
☐ MasterCard    Please Make Checks Payable to Professional Reporters
☐ American Express

Credit Card Number          Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

———TULSA——————————OKLAHOMA CITY——————————FAYETTEVILLE———