

# PROFESSIONAL REPORTERS
*Experience and service that sets the standard*

Remit to:
Corporate Office
511 Couch Drive, Suite 100
Oklahoma City, OK 73102
www.proreporters.com
Phone: 800-376-1006
Fax: 405-272-0559

Jo Anne Deaton
Rhodes, Hieronymus, Jones, Tucker & Gable - Tulsa
100 West 5th Street
Suite 400
Tulsa, OK 74103-4287

## Invoice #45647

| Date | Terms |
|---|---|
| 05/30/2007 | On receipt 1.5% per month |

| Assignment | Case | Job Reference | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/09/2007 | McPhail, Barbara vs. Deere & Company | 10499 | 05/23/2007 | UPS |

| Description |
|---|
| Original Transcript of Kevin Sevart |

|  |  |
|---|---|
| Amount Due: | $ 1,425.60 |
| If not paid before 31 days add 1.5%: | $ 0.00 |
| Paid: | $ 0.00 |
| Balance Due: | $ 1,425.60 |
| Payment Due: | 06/29/2007 |

**PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN ORIGINAL AND ONE COPY AT WICHITA, KS RATES.**

**EXHIBIT**
tabbies®
4

Tax ID No.
73-1253064

Terms: Payable upon receipt
1.5% per month

☐ VISA         ☐ Check Enclosed
☐ MasterCard   Please Make Checks Payable to Professional Reporters
☐ American Express

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card Number          Exp. Date          Daytime Phone Number

— TULSA — OKLAHOMA CITY — FAYETTEVILLE —