RECAP OF BILLED EXPENSES FOR MCPHAIL VS DEERE

| cit_code | mat_code | date | exp_code | dol_value | vendor | ref_num | descrip |
|---|---|---|---|---|---|---|---|
| 0031 | 00030 | 05/25/06 | E101 | 0.70 | JBM | 0 | |
| 0031 | 00030 | 05/30/06 | E101 | 1.00 | JBM | 0 | |
| 0031 | 00030 | 06/01/06 | E101 | 1.10 | JBM | 0 | |
| 0031 | 00030 | 06/01/06 | E101 | 0.20 | JBM | 0 | |
| 0031 | 00030 | 06/01/06 | E101 | 0.40 | JBM | 0 | |
| 0031 | 00030 | 06/01/06 | E101 | 0.10 | JBM | 0 | |
| 0031 | 00030 | 06/01/06 | E101 | 0.40 | JBM | 0 | |
| 0031 | 00030 | 06/01/06 | E101 | 4.50 | CAT | 0 | |
| 0031 | 00030 | 06/05/06 | E101 | 0.10 | JBM | 0 | |
| 0031 | 00030 | 06/05/06 | E101 | 2.30 | JBM | 0 | |
| 0031 | 00030 | 07/05/06 | E101 | 0.10 | JBM | 0 | |
| 0031 | 00030 | 07/05/06 | E101 | 0.20 | JBM | 0 | |
| 0031 | 00030 | 07/14/06 | E101 | 1.80 | JBM | 0 | |
| 0031 | 00030 | 07/19/06 | E101 | 1.20 | JBM | 0 | |
| 0031 | 00030 | 08/21/06 | E101 | 6.80 | SLA | 0 | |
| 0031 | 00030 | 08/24/06 | E101 | 0.80 | SLA | 0 | |
| 0031 | 00030 | 08/30/06 | E101 | 0.40 | SLA | 0 | |
| 0031 | 00030 | 09/01/06 | E101 | 8.20 | SLA | 0 | |
| 0031 | 00030 | 09/01/06 | E101 | 0.40 | SLA | 0 | |
| 0031 | 00030 | 09/01/06 | E101 | 2.00 | SLA | 0 | |
| 0031 | 00030 | 09/01/06 | E101 | 0.20 | SLA | 0 | |
| 0031 | 00030 | 09/01/06 | E101 | 0.10 | SLA | 0 | |
| 0031 | 00030 | 09/05/06 | E101 | 0.10 | SLA | 0 | |
| 0031 | 00030 | 09/14/06 | E101 | 0.10 | MIT | 0 | |
| 0031 | 00030 | 09/15/06 | E101 | 0.10 | LKH | 0 | |
| 0031 | 00030 | 09/20/06 | E101 | 0.50 | SLA | 0 | |
| 0031 | 00030 | 09/20/06 | E101 | 0.90 | SLA | 0 | |
| 0031 | 00030 | 10/09/06 | E101 | 0.10 | SLA | 0 | |
| 0031 | 00030 | 10/19/06 | E101 | 0.10 | SLA | 0 | |
| 0031 | 00030 | 11/15/06 | E101 | 1.20 | SLA | 0 | |
| 0031 | 00030 | 11/15/06 | E101 | 0.40 | SLA | 0 | |
| 0031 | 00030 | 11/15/06 | E101 | 3.10 | SLA | 0 | |
| 0031 | 00030 | 11/21/06 | E101 | 0.40 | SLA | 0 | Statement of Dallas McPhail |
| 0031 | 00030 | 12/11/06 | E101 | 3.40 | SLA | 0 | |
| 0031 | 00030 | 01/10/07 | E101 | 12.50 | SLA | 0 | Plaintiff's deposition |
| 0031 | 00030 | 01/10/07 | E101 | 0.80 | SLA | 0 | |
| 0031 | 00030 | 01/10/07 | E101 | 0.20 | SLA | 0 | |
| 0031 | 00030 | 01/10/07 | E101 | 0.10 | SLA | 0 | |
| 0031 | 00030 | 01/10/07 | E101 | 5.30 | SLA | 0 | |
| 0031 | 00030 | 01/10/07 | E101 | 0.50 | SLA | 0 | |
| 0031 | 00030 | 01/10/07 | E101 | 0.10 | SLA | 0 | |
| 0031 | 00030 | 01/12/07 | E101 | 0.20 | SLA | 0 | Plaintiff's Notice to take Deposition by video/Plaintiff's 2nd RFP |
| 0031 | 00030 | 02/09/07 | E101 | 1.80 | SLA | 0 | Plaintiff's (30(b) (6) deposition notice, Plaintiff's 2nd IROGS to Defendant |
| 0031 | 00030 | 02/09/07 | E101 | 1.80 | SLA | 0 | MDS's attachment to Defendant's Answer RFP #7 |
| 0031 | 00030 | 02/12/07 | E101 | 1.00 | SLA | 0 | MDS's attachment to Defendant's RFP #7 |
| 0031 | 00030 | 02/12/07 | E101 | 16.00 | | | |

Prepared by VRJ 5-30-07

1 of 2

EXHIBIT 5

| clt_code | mat_code | date | exp_code | dol_value | vendor | ref_num | descrip |
|---|---|---|---|---|---|---|---|
| 0031 | 00030 | 02/28/07 | E101 | 1.60 | | 0 KSW | |
| | | | E101 Total | 108.30 | | | |

# RHODES HIERONYMUS JONES TUCKER & GABLE P.L.L.C.

P.O. BOX 21100
TULSA, OK 74121-1100

PHONE: (918) 582-1173
FEDERAL TAX I.D. 73-1532037

May 30, 2007
Billed through 5/30/2007
Bill Number 9848 JAD
0031-00030

Deere & Company
Attn: Amanda Sanchez
One John Deere Place
Moline, IL 61265-8098

MATTER: Deere and Company, et al ats McPhail, Barbara, for Est of Willis
COURT NO. Western District of Okla. Case No. CV-06-593-R
DATE OF LOSS: 6/16/04

DISBURSEMENT DETAIL

| | |
|---|---:|
| COPYING (.10 PER PAGE) thru 05/30/07 | 414.60 |
| **Total Disbursements For This Matter** | **$414.60** |



**COPY-SHOP LLC**
5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789

For Billing Questions Call: (918) 585-1131

# INVOICE

| | |
|---|---|
| INVOICE DATE | 3/16/2007 |
| INVOICE NO. | 267553 |
| CUSTOMER NO. TERMS | RHODES 00 |
| ORDERED BY: | SANDY |

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

PAGE

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

## DESCRIPTION — AMOUNT

REF: *31-30 PICTURES FOR DEPO.*

| Description | Units | Rate | Amount |
|---|---|---|---|
| COLOR COPIES - 3 SETS | 255 | 0.7900 | 201.45 |
| Oklahoma Sales Tax | 0 | 0.0000 | 17.16 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 218.61



RECEIVED
MAR 2 2 2007
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

DUPLICATE INVOICE ON PINK COPY



**COPY-SHOP LLC**

5 EAST FIFTH  
TULSA, OK 74103  

(918) 585-5876  
FAX (918) 585-3303  
EIN# 73-1620789  
For Billing Questions Call: (918) 585-1131

# INVOICE

| | |
|---|---|
| INVOICE DATE | 9/1/2006 |
| INVOICE NO. | 260163 |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |
| ORDERED BY: | SANDY |

**BILL TO:**

Rhodes, Hieronymus, Jones,  
Tucker & Gable  
P.O. Box 21100  
Tulsa, OK 74121-1100

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *0031-30* | | | | | |
| COLOR COPIES - 1 SET | Units: | 12 | Rate: | 0.8900 | 10.68 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 0.91 |

*Try our expanded Scanning and Video/DVD/CD duplication and editing services. Thank you for your continued business!*

**TOTAL:** $ 11.59

*Gave to JAP for payment 9/7/06*

**DUPLICATE INVOICE ON PINK COPY**



**COPY-SHOP LLC**
5 EAST FIFTH
TULSA, OK 74103
(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789
For Billing Questions Call: (918) 585-1131

# INVOICE

| | |
|---|---|
| INVOICE DATE | 7/5/2006 |
| INVOICE NO. | 257936 |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |
| ORDERED BY: | BRADETTE |

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 on 7/3* | | | | | |
| COLOR COPIES - 3 SETS | Units: | 15 | Rate: | 0.7900 | 11.85 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 1.01 |

*Try our expanded Scanning and Video/DVD/CD duplication and editing services. Thank you for your continued business!*

**TOTAL:** $ 12.86

[Stamp: RECEIVED JUL 11 2006 RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C. TULSA, OKLAHOMA]

7-11-06
Gave to JtP for payment

**DUPLICATE INVOICE ON PINK COPY**



**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103
(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789
For Billing Questions Call: (918) 585-1131

RECEIVED DEC 0 5 2006
RHODES, HIERONYMUS, JONES, TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

**INVOICE**

INVOICE DATE 11/16/2006
INVOICE NO. 263326
CUSTOMER NO. RHODES
TERMS 00
ORDERED BY: SANDY

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE
PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

PAGE 1 of 1

**BILL TO:**
Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 PHOTOGRAPHS* | | | | | |
| COLOR COPIES - 2 SETS | Units: | 10 | Rate: | 0.8900 | 8.90 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 0.76 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 9.66

gave to JAP
12/5/06

DUPLICATE INVOICE ON PINK COPY



**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789

For Billing Questions Call: (918) 585-1131

# INVOICE

INVOICE DATE 4/10/2007
INVOICE NO. 268644

CUSTOMER NO. RHODES
TERMS 00

ORDERED BY: SANDY

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE
NUMBER ON YOUR CHECK

PAGE 1 of 1

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 BYPASS KIT REMANANTS* | | | | | |
| COLOR COPIES - 4 SETS | Units: 4 | Rate: | 0.8900 | | 3.56 |
| Oklahoma Sales Tax | Units: 0 | Rate: | 0.0000 | | 0.30 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 3.86

gave to
JAP 4/12/07



RECEIVED
APR 12 2007
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

DUPLICATE INVOICE ON PINK COPY



**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789

For Billing Questions Call: (918) 585-1131

# INVOICE

| | |
|---|---|
| INVOICE DATE | 4/12/2007 |
| INVOICE NO. | 268875 |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

ORDERED BY: SANDY

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 (EX. 7 TO MSJ)* | | | | | |
| COLOR COPIES-3 SETS | Units: | 6 | Rate: | 0.8900 | 5.34 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 0.45 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 5.79

Gave to JAP
4/18/07



RECEIVED
APR 18 2007
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

DUPLICATE INVOICE ON PINK COPY




5 EAST FIFTH  
TULSA, OK 74103  

(918) 585-5876  
FAX (918) 585-3303  
EIN# 73-1620789  

**INVOICE**

INVOICE DATE 4/10/2007  
INVOICE NO. 268704  

RECEIVED APR 1 6 2007  
RHODES, HIERONYMUS, JONES,  
TUCKER & GABLE, P.L.L.C  
TULSA, OKLAHOMA  

CUSTOMER NO. RHODES  
TERMS 00  

For Billing Questions Call: (918) 585-1131  

**BILL TO:**

Rhodes, Hieronymus, Jones,  
Tucker & Gable  
P.O. Box 21100  
Tulsa, OK 74121-1100  

ORDERED BY: IRENE  

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE  

PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK  

PAGE 1 of 1  

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 - ORDERED 4/4/07* | | | | | |
| SCANNING B&W DOCS. | Units: | 2,376 | Rate: | 0.1200 | 285.12 |
| SCANNING COLOR DOCS. | Units: | 257 | Rate: | 0.5000 | 128.50 |
| B&W COPIES | Units: | 4,028 | Rate: | 0.0800 | 322.24 |
| COLOR COPIES | Units: | 514 | Rate: | 0.6500 | 334.10 |
| VIDEO DUPLICATION | Units: | 3 | Rate: | 12.5000 | 37.50 |
| CD DUPLICATION | Units: | 1 | Rate: | 10.0000 | 10.00 |
| CD - ADOBE/PDF | Units: | 1 | Rate: | 15.0000 | 15.00 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 96.45 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 1,228.91

DUPLICATE INVOICE ON PINK COPY



# INVOICE

**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103
(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789

For Billing Questions Call: (918) 585-1131

| | |
|---|---|
| INVOICE DATE | 4/12/2007 |
| INVOICE NO. | 268874 |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

**RECEIVED APR 19 2007**
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

ORDERED BY: IRENE
Terms: PAYMENT DUE UPON RECEIPT OF INVOICE
PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: 31-30 on 4/11/07   *depo transcript for expert* | | | | | |
| B&W COPIES - 1 SET FROM EMAIL | Units: | 319 | Rate: | 0.0800 | 25.52 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 2.17 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 27.69

*gave to JAP 4/19/07*

DUPLICATE INVOICE ON PINK COPY



**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789

For Billing Questions Call: (918) 585-1131

# INVOICE

| | |
|---|---|
| INVOICE DATE | 5/14/2007 |
| INVOICE NO. | 270138 |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |

ORDERED BY: SANDY

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

PAGE 1 of 1

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 EXHIBITS TO KEVIN SEVART* | | | | | |
| REF: EXPERT REPORT on 5/11/07 | Units: 0 | Rate: | 0.0000 | | 0.00 |
| B&W COPIES-3 SETS/GRADE C | Units: 3,278 | Rate: | 0.1050 | | 344.19 |
| Oklahoma Sales Tax | Units: 0 | Rate: | 0.0000 | | 29.31 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 373.50

give to JAP 5/17/07



RECEIVED MAY 17 2007
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

DUPLICATE INVOICE ON PINK COPY



# INVOICE

**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103
(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789

For Billing Questions Call: (918) 585-1131

| | |
|---|---|
| INVOICE DATE | 4/12/2007 |
| INVOICE NO. | 268877 |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |

**BILL TO:**
Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

RECEIVED APR 19 2007
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

ORDERED BY: IRENE
Terms: PAYMENT DUE UPON RECEIPT OF INVOICE
PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 DOCS FOR EXPERT - 4/10* | | | | | |
| B&W COPIES - 1 SET FROM CD | Units: | 2,376 | Rate: | 0.0700 | 166.32 |
| COLOR COPIES-1 SET FROM CD | Units: | 257 | Rate: | 0.6500 | 167.05 |
| VIDEOTAPE DUPLICATION | Units: | 2 | Rate: | 12.5000 | 25.00 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 30.52 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 388.89

*gave to JAP 4/19/07*

DUPLICATE INVOICE ON PINK COPY



**COPY-SHOP LLC**
5 EAST FIFTH
TULSA, OK 74103
(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789
For Billing Questions Call: (918) 585-1131

# INVOICE

| | |
|---|---|
| INVOICE DATE | 9/6/2006 |
| INVOICE NO. | 260340 |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |
| ORDERED BY: | SANDY |

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

Terms: PAYMENT DUE UPON RECEIPT OF INVOIC
PLEASE SHOW THIS INVOIC
NUMBER ON YOUR CHEC

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *0031-30 COLOR COPY OF ACCIDENT* | | | | | |
| REF: SCENE on 9/5 | Units: | 0 | Rate: | 0.0000 | 0.00 |
| ORDERED BY SANDY ADAMS | Units: | 0 | Rate: | 0.0000 | 0.00 |
| COLOR COPIES - 2 SETS | Units: | 22 | Rate: | 0.7900 | 17.38 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 1.48 |

*Try our expanded Scanning and Video/DVD/CD duplication and editing services. Thank you for your continued business!*

*gave to JAP for pymt 9/11/06*

**TOTAL:** $ 18.86

**DUPLICATE INVOICE ON PINK COPY**



| | | | | |
|---|---|---|---|---|
| 5 EAST FIFTH<br>TULSA, OK 74103 | (918) 585-5876<br>FAX (918) 585-3303<br>EIN# 73-1620789<br>For Billing Questions Call: (918) 585-1131 | | INVOICE DATE<br>INVOICE NO. | **INVOICE**<br>9/20/2006<br>**260901** |
| | | | CUSTOMER NO.<br>TERMS | RHODES<br>00 |
| | | | ORDERED BY: | SANDY |

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE
NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: 0031-30 KIRK NEY | | | | | |
| COLOR COPIES - FROM CD | Units: | 128 | Rate: | 0.7900 | 101.12 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 8.61 |

*Try our expanded Scanning and Video/DVD/CD duplication and editing services. Thank you for your continued business!*

10/16/06
gave to JAD pls pay

**TOTAL:** $ 109.73

DUPLICATE INVOICE ON PINK COPY



# INVOICE

**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789
For Billing Questions Call: (918) 585-1131

INVOICE DATE 12/15/2006
INVOICE NO. **264348**

CUSTOMER NO. RHODES
TERMS 00

ORDERED BY: SANDY

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK  74121-1100

RECEIVED
DEC 19 2006
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE
NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30* | | | | | |
| CONVERT VHS TO CD | Units: | 1 | Rate: | 20.0000 | 20.00 |
| CD DUPLICATION | Units: | 1 | Rate: | 10.0000 | 10.00 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 2.56 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 32.56

gave to JAP
12/19/06

**DUPLICATE INVOICE ON PINK COPY**

Hobart, OK, _____, _____

Dear Sir: Costs in Case No. _____

_____

PB-04-42   vs.

_____

in the District court of Kiowa County, Oklahoma are as follows:

Amounts Unpaid:
Misc. fees ..Copies.. $ 27 50
Postage .................. 1 83
Other ......................
Total ........................ 29.33

Please remit to:

Kiowa County Court Clerk
P.O. Box 854
Hobart, OK 73651

*Gave to JAP for payment on 6-12-06 JKM*