RhodesHieronymus
OKLAHOMA

| Date | Invoice No. | Client/Matter | Atty | Exp | Description | | GL | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| | | MISC WESTERN DISTRICT COURT CLERK | | | | | 06/06/06 | 11580 | |
| 06/06/06 | Removal fees | 0031-00030 Deere and Compa | JAD | E112 | COURT FEES | Additional cost of r | 1420000000 | 100.00 | |

EXHIBIT
tabbies 6

100.00

LR2202C1   QUANTUM FORMS, 918-665-1320                                    PRINTED IN U.S.

## Check

**Rhodes Hieronymus**
OKLAHOMA

CHASE
39-64/1030

11572

DATE 06/05/06
AMOUNT *$250.00*

VOID AFTER 180 DAYS

PAY TO THE ORDER OF: **TWO HUNDRED FIFTY AND 00/100 DOLLARS**
WESTERN DISTRICT COURT CLERK

[Signature]

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑂"011572"⑂ ⑊:103000648⑊: 0 2006 1739⑊"
"000002500⑊"

## Endorsement (reverse)

Clerk, U.S. Dist. Court
For Deposit Only

D.O. SYMBOL 00004664-0
ACCT #375 096 9838
PAY TO THE ORDER OF
BANK OF AMERICA
OKLA CITY, OKLA

JPMORGAN CHASE BANK, NA
111900057 06/08/06
2470005277

BANK OF AMERICA, NA - OKC
061000052 E1908 90 P02
06/08/06
2470005277