



| | | |
|---|---|---|
| 5 EAST FIFTH<br>TULSA, OK 74103 | (918) 585-5876<br>FAX (918) 585-3303<br>EIN# 73-1620789<br>For Billing Questions Call: (918) 585-1131 | INVOICE DATE  9/1/2006<br>INVOICE NO.   260163<br><br>CUSTOMER NO.  RHODES<br>TERMS         00<br>ORDERED BY:   SANDY |

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK  74121-1100

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE
NUMBER ON YOUR CHECK

PAGE 1  of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| EF: 0031-30 | | | | | |
| OLOR COPIES - 1 SET | Units: | 12 | Rate: | 0.8900 | 10.68 |
| klahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 0.91 |

our expanded Scanning and Video/DVD/CD duplication and editing services. Thank you for your continued business!

*Gave to JAP for pymnt 9/7/06*

**TOTAL:**  $   11.59

UPLICATE INVOICE ON PINK COPY

**EXHIBIT 1**