


5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789
For Billing Questions Call: (918) 585-1131

INVOICE DATE  7/5/2006
INVOICE NO.   257936

CUSTOMER NO.  RHODES
TERMS         00

ORDERED BY:   BRADETTE

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK  74121-1100

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE
NUMBER ON YOUR CHECK

PAGE 1  of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: 31-30 on 7/3 | | | | | |
| COLOR COPIES - 3 SETS | Units: | 15 | Rate: | 0.7900 | 11.85 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 1.01 |

*our expanded Scanning and Video/DVD/CD duplication and editing services. Thank you for your continued business!*

RECEIVED
JUL 11 2006
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

**TOTAL:**  $  12.86

7-11-06
Gave to JH for payment

DUPLICATE INVOICE ON PINK COPY

EXHIBIT
2