

 **COPY-SHOP-LLC**

5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789

For Billing Questions Call: (918) 585-1131

RECEIVED DEC 0 5 2006
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

# INVOICE

| | |
|---|---|
| INVOICE DATE | 11/16/2006 |
| INVOICE NO. | 263326 |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |

ORDERED BY:    SANDY

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE
NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 PHOTOGRAPHS* | | | | | |
| COLOR COPIES - 2 SETS | Units: | 10 | Rate: | 0.8900 | 8.90 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 0.76 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:**    $    9.66

gave to JAP
12/5/06

DUPLICATE INVOICE ON PINK COPY

**EXHIBIT**
4