# INVOICE

**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103

(918) 585-5875
FAX (918) 585-3303
EIN# 73-1620789

RECEIVED APR 1 6 2007
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C
TULSA, OKLAHOMA

INVOICE DATE: 4/10/2007
INVOICE NO.: 268704

CUSTOMER NO.: RHODES
TERMS: 00

For Billing Questions Call: (918) 585-1131

ORDERED BY: IRENE

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

**BILL TO:**
Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

PAGE 1 of 1

| DESCRIPTION | | Units | | Rate | AMOUNT |
|---|---|---|---|---|---:|
| REF: 31-30 - ORDERED 4/4/07 | | | | | |
| SCANNING B&W DOCS. | | 2,376 | Rate: | 0.1200 | 285.12 |
| SCANNING COLOR DOCS. | | 257 | Rate: | 0.5000 | 128.50 |
| B&W COPIES | | 4,028 | Rate: | 0.0800 | 322.24 |
| COLOR COPIES | | 514 | Rate: | 0.6500 | 334.10 |
| VIDEO DUPLICATION | | 3 | Rate: | 12.5000 | 37.50 |
| CD DUPLICATION | | 1 | Rate: | 10.0000 | 10.00 |
| CD - ADOBE/PDF | | 1 | Rate: | 15.0000 | 15.00 |
| Oklahoma Sales Tax | | 0 | Rate: | 0.0000 | 96.45 |

*Gave to JAP 4/19/07*

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 1,228.91

DUPLICATE INVOICE ON PINK COPY

**EXHIBIT 5**