

# INVOICE

**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789

For Billing Questions Call: (918) 585-1131

| | |
|---|---|
| INVOICE DATE | 4/12/2007 |
| INVOICE NO. | 268877 |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

**RECEIVED APR 19 2007**
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

ORDERED BY: IRENE
Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE
NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 DOCS FOR EXPERT - 4/10* | | | | | |
| B&W COPIES - 1 SET FROM CD | Units: | 2,376 | Rate: | 0.0700 | 166.32 |
| COLOR COPIES-1 SET FROM CD | Units: | 257 | Rate: | 0.6500 | 167.05 |
| VIDEOTAPE DUPLICATION | Units: | 2 | Rate: | 12.5000 | 25.00 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 30.52 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 388.89

*gave to JAP 4/19/07*

DUPLICATE INVOICE ON PINK COPY

**EXHIBIT 6**