

# INVOICE



COPY-SHOP-LLC     5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789
For Billing Questions Call: (918) 585-1131

| | |
|---|---|
| INVOICE DATE | 9/20/2006 |
| INVOICE NO. | 260901 |
| | |
| CUSTOMER NO. | RHODES |
| TERMS | 00 |
| ORDERED BY: | SANDY |

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK 74121-1100

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE
NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| EF: 0031-30 KIRK NEY | | | | | |
| OLOR COPIES - FROM CD | Units: | 128 | Rate: | 0.7900 | 101.12 |
| klahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 8.61 |

our expanded Scanning and Video/DVD/CD duplication and editing services.  Thank you for your  continued business!

gave to
JAD

10/16/06

**TOTAL:** $ 109.73

DUPLICATE INVOICE ON PINK COPY

EXHIBIT
7
tabbies