

# INVOICE

**COPY-SHOP-LLC**
5 EAST FIFTH
TULSA, OK 74103

(918) 585-5876
FAX (918) 585-3303
EIN# 73-1620789

For Billing Questions Call: (918) 585-1131

INVOICE DATE: 5/14/2007
INVOICE NO.: 270138

CUSTOMER NO.: RHODES
TERMS: 00

**BILL TO:**

Rhodes, Hieronymus, Jones,
Tucker & Gable
P.O. Box 21100
Tulsa, OK  74121-1100

ORDERED BY: SANDY

Terms: PAYMENT DUE UPON RECEIPT OF INVOICE

PLEASE SHOW THIS INVOICE NUMBER ON YOUR CHECK

PAGE 1 of 1

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| REF: *31-30 EXHIBITS TO KEVIN SEVART* | | | | | |
| REF: EXPERT REPORT on 5/11/07 | Units: | 0 | Rate: | 0.0000 | 0.00 |
| B&W COPIES-3 SETS/GRADE C | Units: | 3,278 | Rate: | 0.1050 | 344.19 |
| Oklahoma Sales Tax | Units: | 0 | Rate: | 0.0000 | 29.31 |

*Please include invoice # or pink copy of invoice when submitting your payment. Thank You for your business!*

**TOTAL:** $ 373.50

Jane to JAP 5/17/07

RECEIVED
MAY 17 2007
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
TULSA, OKLAHOMA

DUPLICATE INVOICE ON PINK COPY

**EXHIBIT 8**